DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**BRETT STOKES,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2026-0916

[June 4, 2026]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Ernest Albert Kollra, Jr., Judge; L.T. Case No. 062011CF009051A88810.

Brett Stokes, Jasper, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, GERBER and LEVINE, JJ., concur.

*       *       *

***Not final until disposition of timely-filed motion for rehearing.***